# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| JOSHUA WHITMAN, individually and on behalf of similarly situated individuals, <br><br> *Plaintiff*, <br><br> v. <br><br> BUMBLE TRADING LLC, a Delaware Limited Liability Company, <br><br> *Defendant*. | No. 22-cv-02100 <br><br> Hon. Colin Stirling Bruce |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiff Joshua Whitman and Defendant Bumble Trading LLC, through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), that Plaintiff's claims are hereby dismissed with prejudice, with each Party to their own fees and costs.

Dated: March 1, 2024                                        Respectfully submitted,

JOSHUA WHITMAN                                              BUMBLE TRADING LLC

By: /s/ Timothy P. Kingsbury                                By: /s/ John C. Ellis (with permission)

Eugene Y. Turin                                             John C. Ellis
Timothy P. Kingsbury                                        Samantha N. Ditore
Colin P. Buscarini                                          ELLIS LEGAL P.C.
MCGUIRE LAW, P.C.                                           200 W. Madison Street, Suite 2670
55 W. Wacker Drive, 9th Fl.                                 Chicago, IL 60606
Chicago, IL 60601                                           Tel: (312) 976-7629
Tel: (312) 893-7002                                         jellis@ellislegal.com
eturin@mcgpc.com                                            sditore@ellislegal.com
tkingsbury@mcgpc.com
cbuscarini@mcgpc.com                                        Tiffany Cheung
                                                            MORRISON & FOERSTER LLP
*Counsel for Plaintiff*                                     425 Market Street
                                                            San Francisco, CA 94104
                                                            Tel: (415 268-7000

tcheung@mofo.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2024, I caused a copy of the foregoing *Stipulation of Dismissal* to be filed with the Clerk of Court using the CM/ECF system, which will send copy by electronic mail to all counsel of record.

/s/ Timothy P. Kingsbury